UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALICIA HOPE JOHNSON                           CIVIL ACTION

VERSUS                                        NUMBER: 14-2466

CAROLYN W. COLVIN,                            SECTION: "N"(5)
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion is granted and that this matter is transferred to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 1st day of June, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE