UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICIA JOHNSON                                                    CIVIL ACTION

VERSUS

SOCIAL SECURITY ADMINISTRATION                      NO.:15-00366-BAJ-RLB

RULING AND ORDER

On April 26, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that this action be dismissed without prejudice for failure to prosecute.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff, Alicia Johnson, that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 26 at p. 1). Plaintiff did not file a written objection.

Having carefully considered the Magistrate Judge's Report and Recommendation, the Court hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 26)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Baton Rouge, Louisiana, this 20th day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**